IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS, III,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 16-cv-619-bbc

MARATHON CO. CIRCUIT COURT and
SENTENCING JUDGE DOUGLAS FOX,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition of Chris J. Jacobs, III for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A).

| /s/ | 2/3/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |